UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:23-cv-00050-HDV-KESx | Date 8/25/23 |
| Title *Theresa Brooke v. 888 Wincome Holdings LLC* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER OF DISMISSAL**

The Court, having been advised by a Notice of Settlement [25] that the case has settled, ORDERS that this action be dismissed in its entirety without prejudice and that all pending deadlines and hearings be vacated.  Further, the Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

**IT IS SO ORDERED.**